UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHERRI LOVE,

Plaintiff,

v.

FMWCC Prison/Medical, *et al.*,

Defendants.

Case No. 2:26-cv-00321-GMN-NJK

SCREENING ORDER

On August 11, 2026, the Court dismissed pro se plaintiff and Nevada inmate Sherri Love's 42 U.S.C. § 1983 civil rights Complaint with prejudice for failure to state a claim for which relief may be granted. (ECF No. 15.) The case was closed, and judgment was entered. (ECF No. 17.) Love then filed what she styled as a Motion for Transfer to Another State. (ECF No. 18.) The Court notes that prisoners do not have a constitutional liberty interest in being transferred or avoiding a transfer to another prison. *Olim v. Wakinekona*, 461 U.S. 238, 245 (1983) (holding that "an inmate has no justifiable expectation that he will be incarcerated in any particular prison within a State"). In any event, this case has been closed. The Motion is denied, and Love is advised not to file further motions in this closed case.

It is therefore Ordered that Plaintiff's Motion for Transfer to Another State (ECF No. 18) is denied.

DATED: 18 August 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE