UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI LOVE,<br>Plaintiff,<br>v.<br>FMWCC Prison/Medical, *et al*.,<br>Defendants. | Case No. 2:26-cv-00321-GMN-NJK<br><br>ORDER |

On August 11, 2026, the Court dismissed pro se plaintiff and Nevada inmate Sherri Love's 42 U.S.C. § 1983 civil rights Complaint with prejudice for failure to state a claim for which relief may be granted. (ECF No. 15.) The case was closed, and judgment was entered. (ECF No. 17.) Love then filed what she styled as a Motion for Transfer to Another State. (ECF No. 18.) The Court denied that Motion and advised Love not to file further motions in this closed case. (ECF No. 19.) Instead, Love filed three more motions. (ECF Nos. 20, 21, 22.) She styled the third Motion as a Motion Superseding All Pending Motions. (ECF No. 22.) It appears that Love wishes to voluntarily dismiss the earlier-filed Motion for Reconsideration (ECF No. 20) and Motion to Stop Any Decision Made by the Courts (ECF No. 22). In the third Motion, Love says that she seeks to challenge her sentence, and she understands that to do so she would need to file a petition for a Writ of Habeas Corpus. 28 U.S.C. § 2254(a) ("a district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States"). So it is unclear what relief the Court could grant her in this case.[1] In any event, the Court denies all Motions in this closed case.

[1] Plaintiff appears to be concerned that the dismissal of this civil rights complaint with prejudice would prevent her from filing an action challenging her conviction. That is not the case.

It is therefore Ordered that Plaintiff's Motion for Reconsideration (ECF No. 20), Motion to Stop Any Decision Made by the Courts (ECF No. 21) and Motion Superseding All Pending Motions (ECF No. 22) are all denied.

DATED: 23 September 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE